## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SWARTZ CAMPBELL LLC**<br>**BY:** William T. Salzer/<br>Identification No. 42657<br>Two Liberty Place, 28th Floor<br>50 S. 16th Street<br>Philadelphia, PA 19102<br>(215) 564-5190 | **Attorney for** Defendant, Montgomery Township Municipal Sewer Authority |
| DAVID WASHINGTON,<br><br>        Plaintiff,<br><br> vs.<br><br>U.S. FILTER, DS INDUSTRIES, INC., CKS ENGINEERS and MONTGOMERY TOWNSHIP SEWER AUTHORITY<br><br>        Defendants. | CIVIL ACTION<br><br>NO. 06-5154 |

**DEFENDANT MONTGOMERY TOWNSHIP MUNICIPAL SEWER AUTHORITY'S VOLUNTARY SELF-EXECUTING DISCLOSURES PURSUANT TO RULE 26**

Defendant, Montgomery Township Municipal Sewer Authority ("MTMSA"), by its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(a) provides its initial disclosures.

Answering defendant's disclosures are based upon information currently available to defendant. Answering defendant specifically reserves the right to amend or supplement these disclosures as pretrial investigation and discovery continue.

  **A.** **Individuals Likely to Have Discoverable Information**

  1. Jay Marsatia, c/o Montgomery Township Municipal Services Authority
    1485 Lower State Road
    North Wales, PA 19454

Mr. Marsatia is an employee of the MTMSA and works as a plant operator. Mr. Marsatia has information with regard to his conversations and interactions with plaintiff and the physical conditions of the work site.

2. Andrew Hannon, c/o Montgomery Township Municipal Services Authority
   1485 Lower State Road
   North Wales, PA 19454

Mr. Hannon is an employee of the MTMSA and works as a plant operator. Mr. Hannon has information with regard to his conversations and interactions with plaintiff and the physical conditions of the work site.

3. Michael Hoffman, c/o Montgomery Township Municipal Services Authority
   1485 Lower State Road
   North Wales, PA 19454

Mr. Hoffman is an employee of the MTMSA and works as a plant operator. Mr. Hoffman has information with regard to his conversations and interactions with plaintiff and the physical conditions of the work site.

4. Chuck Fealey, c/o Montgomery Township Municipal Services Authority
   1485 Lower State Road
   North Wales, PA 19454

Mr. Fealey is the superintendent of the MTMSA - Eureka plant. He is knowledgeable regarding the operations of the plant, the work performed at the site by contractors; the contracts entered into with regard to the Eureka Waste Water Treatment plant expansion and renovation; interactions and conversations with David Washington; conversations with local law enforcement authorities pertaining to Mr. Washington's complaint and the physical conditions of the work site.

5. Beverly Brown, c/o Montgomery Township Municipal Services Authority
   1485 Lower State Road
   North Wales, PA 19454

Ms. Brown is knowledgeable with regard to the overall operations of the MTMSA.

**C.   Damages**

Not applicable.

**D.   Insurance Policy**

The Montgomery Township Municipal Sewer Authority is an insured under a policy of liability insurance issued by National Casualty Company (Policy No. PK00000805) which provides liability limits of $1,000,000.00.

Respectfully submitted:

SWARTZ CAMPBELL LLC


s/ William T. Salzer
William T. Salzer
Attorneys for Defendant,
Montgomery Township Municipal Sewer Authority

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SWARTZ CAMPBELL LLC**<br>**BY:** William T. Salzer/Kori A. Connelly<br>Identification No. 42657/85633<br>Two Liberty Place, 28th Floor<br>50 S. 16th Street<br>Philadelphia, PA 19102<br>(215) 564-5190 | **Attorney for** Defendant, Montgomery Township Municipal Sewer Authority |

DAVID WASHINGTON,

        Plaintiff,    CIVIL ACTION

 vs.

U.S. FILTER, DS INDUSTRIES, INC.,    NO. 06-5154
CKS ENGINEERS and
MONTGOMERY TOWNSHIP SEWER
AUTHORITY

        Defendants

## CERTIFICATE OF SERVICE

  William T. Salzer, Esquire, hereby certifies that a true and correct copy of the attached Voluntary Self-Executing Disclosure of Defendant, Montgomery Township Municipal Sewer Authority was served upon all interested parties, listed below, electronically and by United States Mail, first class, postage prepaid on March 30, 2007.

| | |
|---|---|
| Virginia Hardwick, Esquire<br>Hill Wallack LLP<br>111 E. Court Street<br>Doylestown, PA 18901 | John P. Shusted, Esquire<br>Carole A Donahue, Esquire<br>German, Gallagher & Murtagh<br>The Bellevue - Suite 500<br>200 South Broad Street<br>Philadelphia, PA 19102 |
| Alan D. Berkowitz, Esquire<br>J. Ian Downes, Esquire<br>Michael S. Macko, Esquire<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104 | Joseph Santarone, Jr., Esquire<br>Marshall, Dennehey, Warner,<br> Coleman & Goggin<br>620 Freedom Business Center<br>Suite 300<br>King of Prussia, PA 19406 |

        SWARTZ CAMPBELL LLC

        <u>s/ William T. Salzer</u>
        William T. Salzer
        Attorneys for Defendant,
        Montgomery Township Municipal Sewer Authority